UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY WILLIAM BRAST | § § § § § § § § § § § | CIVIL ACTION NO. **4:23-cv-01340** |
| Plaintiff | | |
| VS. | | |
| LA PUPUSA LOCA and STANBRIDGE PARTNERS, LTD. | | |
| Defendants | | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, RANDY WILLIAM BRAST Plaintiff and LA PUPUSA LOCA and STANBRIDGE PARTNERS, LTD. Defendants have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendants in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   October 31, 2023       FOR RANDY WILLIAM BRAST Plaintiff

BY:    */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax

                                              Texas State Bar ID No. 19823800
                                              Federal Bar ID 13098

DATED:      October 31, 2023      FOR LA PUPUSA LOCA and STANBRIDGE PARTNERS, LTD., Defendants

BY:   **/S/   *Maryalyce Cox*** 
Maryalyce Cox
MEHAFFEY WEBER
Texas Bar No. 24009203
maryalycecox@mehaffyweber.com
500 Dallas, Suite 2800
Houston, Texas 77002
Telephone (713) 655-1200
Telecopier (713) 655-0222